IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NANCY CARSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 08 cv 2889 |
| | ) | |
| GARDEN STATE LIFE INSURANCE COMPANY, | ) ) | Judge Kendall |
| **Defendant.** | ) | Magistrate Judge Denlow |

### GARDEN STATE LIFE INSURANCE COMPANY'S
### MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant GARDEN STATE LIFE INSURANCE COMPANY ("Garden State"), by its attorneys, William A. Chittenden, III, Jennifer S. Stegmaier, and Chittenden, Murday & Novotny, LLC, for their Agreed Motion for Extension of Time to File their Responsive Pleading to the Complaint, states as follows:

1. This civil action was filed on or about April 7, 2008, in the Circuit Court of Cook County, Illinois, County Department, Law Division, as Cause No. 2008 L 003797. The Summons and Complaint at Law were first served on Garden State on April 25, 2008.

2. Garden State timely removed the Complaint at Law to the United States District Court for the Northern District of Illinois, Eastern Division, on May 19, 2008. Garden State's responsive pleading is due May 26, 2008.

3. Garden State has worked diligently to file its responsive pleading by May 26, 2008, however, despite its efforts to do so requires additional time.

4. Accordingly, Garden State respectfully request a thirty day extension of time to file its responsive pleading by June 25, 2008.

-2-

     5.     Plaintiff's counsel has agreed to a thirty day extension of time to allow Garden State to file its responsive pleading by June 25, 2008.

     6.     This motion is not brought to unnecessarily delay these proceedings or to prejudice any of the parties to this litigation.

**WHEREFORE,** Defendant, Garden State Life Insurance Company seeks a thirty day extension of time to file its responsive pleading to the Complaint at Law to and including June 25, 2008.

**DATED:  May 20, 2008.**

                                            Respectfully submitted,

                                            **GARDEN STATE LIFE INSURANCE COMPANY**

                                            By:   s/Jennifer S. Stegmaier
                                                      One of its Attorneys

William A. Chittenden, III
Jennifer S. Stegmaier
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 West Madison Street
Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
O:\GA101\41163\Pleadings\Motion for Extension of Time.doc