UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Nancy Carson
                              Plaintiff,
v.                                            Case No.: 1:08−cv−02889
                                              Honorable Virginia M. Kendall
Garden State Life Insurance Company
                              Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, May 22, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: Defendant's Motion for Extension of Time until 6/25/2008 to File a Responsive Pleading [6] is granted. The 5/27/08 presentment date for said motion is stricken; no appearance is required. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.