**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NANCY CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 cv 2889 |
| | ) | |
| GARDEN STATE LIFE INSURANCE COMPANY, | ) ) | Judge Kendall |
| Defendant. | ) | Magistrate Judge Denlow |

**GARDEN STATE LIFE INSURANCE COMPANY'S
AGREED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Defendant GARDEN STATE LIFE INSURANCE COMPANY ("Garden State"), by its attorneys, William A. Chittenden, III, Jennifer S. Stegmaier, and Chittenden, Murday & Novotny, LLC, for their Agreed Motion for Extension of Time to File their Responsive Pleading to the Complaint, states as follows:

1. This civil action was filed on or about April 7, 2008, in the Circuit Court of Cook County, Illinois, County Department, Law Division, as Cause No. 2008 L 003797. The Summons and Complaint at Law were first served on Garden State on April 25, 2008. Garden State timely removed the Complaint at Law to the United States District Court for the Northern District of Illinois, Eastern Division, on May 19, 2008. Pursuant to the court order, Garden State's responsive pleading is due June 25, 2008.

2. Garden State has worked diligently to file its responsive pleading by June 25, 2008, however, despite its efforts to do so requires additional time.

3. Accordingly, Garden State respectfully requests a thirty day extension of time to file its responsive pleading by July 25, 2008.

-2-

    4.    Plaintiff's counsel has agreed to a thirty day extension of time to allow Garden State to file its responsive pleading by July 25, 2008.

    5.    This motion is not brought to unnecessarily delay these proceedings or to prejudice any of the parties to this litigation.

**WHEREFORE,** Defendant, Garden State Life Insurance Company seeks a thirty day extension of time to file its responsive pleading to the Complaint at Law to and including July 25, 2008.

**DATED: June 25, 2008.**

                                            Respectfully submitted,

                                            **GARDEN STATE LIFE INSURANCE COMPANY**

                                            By:    s/Jennifer S. Stegmaier
                                                       One of its Attorneys

William A. Chittenden, III
Jennifer S. Stegmaier
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 West Madison Street
Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on **June 25, 2008**, a copy of the foregoing Garden State Life Insurance Company's Agreed Motion for Extension of Time to File Responsive Pleading was filed electronically with the Clerk of the Court in the United States District Court for the Northern District of Illinois using the CM/ECF electronic filing system. Notice of this filing will be sent to the following CM/ECF registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      James L. Bizzieri
      Patrick J. Condron
      Susan E. Loggans & Associates, P.C.
      33 N. LaSalle Street, Suite 1710
      Chicago, Illinois 60602
      jbizzieri@logganslaw.com
      pcondron@logganslaw.com

      s/Jennifer S. Stegmaier
      Illinois Atty. #06256724
      William A. Chittenden III
      Jennifer S. Stegmaier
      CHITTENDEN, MURDAY & NOVOTNY LLC
      303 West Madison Street, Suite 1400
      Chicago, Illinois 60606
      (312) 281-3600
      jstegmaier@cmn-law.com

O:\GA101\41163\Pleadings\Motion for Extension of Time.doc