IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NANCY CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 2889 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| GARDEN STATE LIFE INSURANCE COMPANY, | ) ) | Magistrate Judge Denlow |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   James L. Bizzieri
      Patrick J. Condron
      Susan E. Loggans & Associates, P.C.
      33 N. LaSalle Street, Suite 1710
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on the **1st** day of **July, 2008,** at **9:00 a.m.,** or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Virginia M. Kendall, or any judge sitting in her place or stead, in the courtroom usually occupied by her in Room 2319 in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant Garden State Life Insurance Company's Motion for Extension of Time to File Responsive Pleading, a copy of which is enclosed herewith and hereby being served upon you.

**DATED** the **25th** day of **June**, **2008.**

                                        Respectfully submitted,

                                        **GARDEN STATE LIFE INSURANCE COMPANY**

                                        By:   s/Jennifer S. Stegmaier
                                              One of its Attorneys

William A. Chittenden, III
Jennifer S. Stegmaier
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600
O:\GA101\41163\Pleadings\NOM.doc

-2-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **June 25, 2008**, a copy of the foregoing Notice of Motion and motion described therein were filed electronically with the Clerk of the Court in the United States District Court for the Northern District of Illinois using the CM/ECF electronic filing system. Notice of this filing will be sent to the following CM/ECF registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    James L. Bizzieri
    Patrick J. Condron
    Susan E. Loggans & Associates, P.C.
    33 N. LaSalle Street, Suite 1710
    Chicago, Illinois 60602
    jbizzieri@logganslaw.com
    pcondron@logganslaw.com

                      s/Jennifer S. Stegmaier
                      Illinois Atty. #06256724
                      William A. Chittenden III
                      Jennifer S. Stegmaier
                      CHITTENDEN, MURDAY & NOVOTNY LLC
                      303 West Madison Street, Suite 1400
                      Chicago, Illinois  60606
                      (312) 281-3600
                      jstegmaier@cmn-law.com