## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NANCY CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 2889 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| GARDEN STATE LIFE INSURANCE COMPANY, | ) ) | Magistrate Judge Denlow |
| Defendant. | ) | |

### JOINT STATUS REPORT

Defendant GARDEN STATE LIFE INSURANCE COMPANY ("Garden State"), by its attorneys, William A. Chittenden, III, Jennifer S. Stegmaier, and Chittenden, Murday & Novotny, LLC, and Plaintiff NANCY CARSON ("Carson"), by her attorneys, Patrick J. Condron, James L. Bizzieri, and Susan E. Loggans & Associates, P.C., pursuant to Judge Kendall's Case Management Procedures, the parties by their respective counsel hereby submit their Joint Initial Status Report for a newly filed case:

1. <u>Attorneys of Record</u>.
   (a) Plaintiff: Lead Attorney & Trial Attorney: Patrick J. Condron, Susan E. Loggans & Associates, P.C.; additional appearance by James L. Bizzieri, Susan E. Loggans & Associates, P.C.;

   (b) Defendant: Lead Attorney & Trial Attorney: William A. Chittenden, III, Chittenden, Murday & Novotny, LLC; additional appearance by Jennifer S. Stegmaier, Chittenden, Murday & Novotny, LLC.

2. <u>The Basis of Federal Jurisdiction</u>.
   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 and Garden State removed this case to this Court pursuant to 28 U.S.C. §1441(a) in that:
   (a) Plaintiff Nancy Carson is and was at all relevant times a citizen and resident of the State of Illinois;
   (b) Garden State is and was at all relevant times an insurance company duly organized and existing under the laws of Texas, with its principal place of business located in

League City, Texas, and not the State of Illinois; and,
(c) Plaintiff's Complaint at Law seeks a total sum in excess of $75,000, exclusive of interest and costs.

3. Nature of Claims.
   (a) Plaintiff's claims. In her Complaint at Law, the Plaintiff asserts two claims:
      i. In Count I, the Plaintiff asserts a claim for breach of contract against Garden State and seeks recovery of a death benefit due to the death of Preston R. Jenkins under an insurance policy with a coverage amount of $150,000 from Garden State;
      ii. In Count II, the Plaintiff asserts a claim under 215 ILCS 5/155 against Garden State for its alleged vexatious refusal to pay her claim for benefits under the insurance policy.

   (b) Defendant's claims. Garden State may assert a counterclaim for rescission of the insurance policy based on material misrepresentations of Preston R. Jenkins' medical history that were contained in the policy application.

4. Parties Not Yet Served.
   None.

5. Principal Legal Issues.
   (a) Principal Legal Issues Asserted by Plaintiff:
      i. Whether Garden State breached the terms of the insurance policy by failing to pay the death benefit to the Plaintiff after the death of Preston R. Jenkins; and
      ii. Whether Garden State's investigation into Mr. Jenkins' medical history and its failure to pay the Plaintiff the death benefit under the insurance policy entitles the Plaintiff to damages under 155 ILCS 5/155.

   (b) Principal Legal Issues Asserted by Defendant:
      i. Whether the insurance policy at issue was in effect at the time of Preston R. Jenkins' death; and
      ii. Alternately, if the insurance policy was in effect at the time of Preston R. Jenkins' death, whether it was nonetheless void *ab initio* and subject to rescission based on material misrepresentations of his medical history that were contained in the policy application.

6. Principal Fact Issues.
   (a) Whether the condition precedent of premium payment during the lifetime and continued insurability of the Insured was satisfied; and,
   (b) Whether Preston R. Jenkins' application for the insurance policy at issue contained material misrepresentations of his medical history.

7. <u>Jury Trial Expected</u>.
   The Plaintiff has requested a jury trial.

8. <u>Discovery</u>.
   There has been no discovery served to date. Expected discovery includes interrogatories, document requests, requests to admit, and oral discovery involving the facts and circumstances surrounding:
   (a) Preston R. Jenkins' application for the insurance and Garden State's issuance of the policy at issue;
   (b) Preston R. Jenkins' request for changes to the coverage under the policy;
   (c) the payment of the first premium under the policy;
   (d) Plaintiff's claim for benefits under the policy and Garden State's claim review; and,
   (e) Garden State's denial of the Plaintiff's claim for benefits under the policy and its return of the premiums paid.

9. <u>Trial</u>.
   The earliest date for trial would be in or around April 2009.

10. <u>Magistrate Judge</u>.
    The parties have not yet discussed.

11. <u>Settlement</u>.
    The parties have not yet discussed.

**DATED** the **25**th day of **June**, **2008.**

        Respectfully submitted,

        By:   s/Jennifer S. Stegmaier
        One the Attorneys for Defendant,
        **GARDEN STATE LIFE INSURANCE COMPANY**

        By:   s/James L. Bizzieri (w/permission)
        One of the Attorneys for Plaintiff,
        **NANCY CARSON**

William A. Chittenden, III
Jennifer S. Stegmaier
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600
O:\GA101\41163\Pleadings\Joint Status Report.doc

-4-

## CERTIFICATE OF SERVICE

      I hereby certify that on **June 25, 2008**, a copy of the foregoing Joint Status Report was filed electronically with the Clerk of the Court in the United States District Court for the Northern District of Illinois using the CM/ECF electronic filing system. Notice of this filing will be sent to the following CM/ECF registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      Patrick J. Condron
      Susan E. Loggans & Associates, P.C.
      33 N. LaSalle Street, Suite 1710
      Chicago, Illinois 60602
      pcondron@logganslaw.com

      James L. Bizzieri
      Susan E. Loggans & Associates, P.C.
      33 N. LaSalle Street, Suite 1710
      Chicago, Illinois 60602
      jbizzieri@logganslaw.com

      s/Jennifer S. Stegmaier
      Jennifer S. Stegmaier
      CHITTENDEN, MURDAY & NOVOTNY LLC
      303 West Madison Street, Suite 1400
      Chicago, Illinois 60606
      (312) 281-3600
      jstegmaier@cmn-law.com