**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **NANCY CARSON,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 2889 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| **GARDEN STATE LIFE INSURANCE COMPANY,** | ) ) | Magistrate Judge Denlow |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:   James L. Bizzieri
      Patrick J. Condron
      Susan E. Loggans & Associates, P.C.
      33 N. LaSalle Street
      Suite 1710
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that we have this date electronically filed the parties' Joint Status Report with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, a copy of which is attached hereto and hereby served upon you.

Dated this **25th** day of **June, 2008.**

                                    CHITTENDEN, MURDAY & NOVOTNY LLC


                                    By:  s/Jennifer S. Stegmaier
                                         One of the Attorneys for Defendants,
                                         **GARDEN STATE LIFE INSURANCE COMPANY**

William A. Chittenden III
Jennifer S. Stegmaier
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison St., Ste. 1400
Chicago, Illinois  60606
(312) 281-3628

## **CERTIFICATE OF SERVICE**

I hereby certify that on **June 25, 2008**, a copy of the foregoing Notice of Filing and document referred to therein were filed electronically with the Clerk of the Court in the United States District Court for the Northern District of Illinois using the CM/ECF electronic filing system. Notice of this filing will be sent to the following CM/ECF registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Patrick J. Condron
>Susan E. Loggans & Associates, P.C.
>33 N. LaSalle Street, Suite 1710
>Chicago, Illinois 60602
>pcondron@logganslaw.com

>James L. Bizzieri
>Susan E. Loggans & Associates, P.C.
>33 N. LaSalle Street, Suite 1710
>Chicago, Illinois 60602
>jbizzieri@logganslaw.com

>>s/Jennifer S. Stegmaier
>>Jennifer S. Stegmaier
>>CHITTENDEN, MURDAY & NOVOTNY LLC
>>303 West Madison Street, Suite 1400
>>Chicago, Illinois  60606
>>(312) 281-3600
>>jstegmaier@cmn-law.com

O:\GA101\41163\Pleadings\NOF_Joint Status Report.doc