IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NANCY CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 2889 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| GARDEN STATE LIFE INSURANCE COMPANY, | ) ) | Magistrate Judge Denlow |
| Defendant. | ) | |

## MOTION TO FILE *PRO HAC VICE* APPEARANCE OF JANET L. RUSHING

Janet L. Rushing of Greer, Herz & Adams LLP, hereby moves for leave to file her appearance *pro hac vice* on behalf of GARDEN STATE LIFE INSURANCE COMPANY ("GSLIC") and states:

1. Janet L. Rushing of Greer, Herz & Adams LLP has been retained to represent GSLIC and seeks permission to appear and participate in the above-entitled action on behalf of GSLIC.

2. Pursuant to Rule 83.14 of the Local Rules of the United States District Court for the Northern District of Illinois, Ms. Rushing respectfully requests leave to file the attached Application for Leave to Appear *Pro Hac Vice*.

Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY LLC

By: /s/Jennifer S. Stegmaier
 One of the Attorneys for
 GARDEN STATE LIFE INSURANCE COMPANY

William A. Chittenden, III
Elizabeth G. Doolin
Jennifer S. Stegmaier
Matthew W. Gasaway
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on **June 25, 2008**, a copy of the foregoing Motion to File *Pro Hac Vice* Appearance of Janet L. Rushing was filed electronically with the Clerk of the Court in the United States District Court for the Northern District of Illinois using the CM/ECF electronic filing system. Notice of this filing will be sent to the following CM/ECF registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    James L. Bizzieri
    Patrick J. Condron
    Susan E. Loggans & Associates, P.C.
    33 N. LaSalle Street, Suite 1710
    Chicago, Illinois 60602
    jbizzieri@logganslaw.com
    pcondron@logganslaw.com

       s/Jennifer S. Stegmaier
      Illinois Atty. #06256724
      William A. Chittenden III
      Jennifer S. Stegmaier
      CHITTENDEN, MURDAY & NOVOTNY LLC
      303 West Madison Street, Suite 1400
      Chicago, Illinois  60606
      (312) 281-3600
      jstegmaier@cmn-law.com

O:\GA101\41163\Pleadings\motion pro hac vice.doc

(Revised 02/01/01)

# United States District Court   Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | NANCY CARSON, | Plantiff(s) |
|---|---|---|
| | VS. | |
| | GARDEN STATE LIFE INSURANCE COMPANY | Defendant(s) |

| Case Number: | 08cv2889 | Judge: | Virginia M. Kendall |
|---|---|---|---|

I, __Janet L. Rushing__ hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

__Garden State Life Insurance Company__ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court  (See attached for additional admittance) | Date Admitted |
|---|---|
| State of Texas  (all State courts of Texas) | May 8, 1987 |
| U.S. District Court, Eastern District of Texas | January 29, 1990 |
| U.S. District Court, Northern District of Texas | March 8, 2003 |
| U.S. District Court, Western District of Texas | June 3, 2003 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:  **None**

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes [X]   No [ ]

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

| Title of Court | Date Admitted |
|---|---|
| U.S. District Court, Southern District of Texas | March 16, 2005 |
| U.S. District Court, Colorado | August 23, 1999 |

O:\GA101\41163\Pleadings\Additional Admitted Dates_Pro Hac Vice App_Rushing.doc

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No ☒ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No ☒ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☐ | No ☒ |
| denied admission to the bar of any court? | Yes ☐ | No ☒ |
| held in contempt of court? | Yes ☐ | No ☒ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

____6/24/08____   [signature]
Date                Signature of Applicant

| Applicant's Name | Last Name<br>Rushing | First Name<br>Janet | Middle Name/Initial<br>L. |
|---|---|---|---|
| Applicant's Law Firm | Greer, Herz & Adams, LLP | | |
| Applicant's Address | Street Address (include suite or room number)<br>2525 South Shore Blvd., Suite 203 | | State Bar Number<br>17403100 |
| | City<br>League City | State<br>Texas | ZIP Code<br>77573 | Work Phone Number<br>(409) 797-3204 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

(Fee Stamp)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

## ORDER

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: _____    _____
                                    United States District Judge