**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Nancy Carson

                                   Plaintiff,

v.                                             Case No.: 1:08–cv–02889
                                                              Honorable Virginia M. Kendall

Garden State Life Insurance Company

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Ms. Rushing's motion for for leave to file pro hac vice appearance [16] will be granted upon completion of the court's procedures as outlined on the District Court web page at www.ilnd.uscourts.gov. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.