(Revised 06/08)

# United States District Court Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | NANCY CARSON, | Plantiff(s) |
| --- | --- | --- |
| | VS. | |
| | GARDEN STATE LIFE INSURANCE COMPANY, | Defendant(s) |

| Case Number: | 08cv2889 | Judge: | Virginia M. Kendall |
| --- | --- | --- | --- |

I, __Janet L. Rushing__ hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

__Garden State Life Insurance Company__ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court  (See Attached) | Date Admitted |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions: **None**

| Case Number | Case Title | Date of Application (Granted or Denied)* |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?  Yes ☒  No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

| Has the applicant ever been: | | |
|---|---|---|
| censured, suspended, disbarred, or witherwise disciplined by any court? | Yes ◯ | No ☒ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ◯ | No ☒ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of nay court? | Yes ◯ | No ☒ |
| denied admission to the bar of any court? | Yes ◯ | No ☒ |
| held in contempt of court? | Yes ◯ | No ☒ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| 6/26/08 | S/ Janet L. Rushing |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name<br>Rushing | First Name<br>Janet | Middle Name/Initial<br>L. |
|---|---|---|---|
| Applicant's Law Firm | Greer, Herz & Adams, LLP | | |
| Applicant's Address | Street Address<br>2525 South Shore Blvd. | | Room/Suite Number<br>Suite 203 |
| | City<br>League City | State<br>Texas | ZIP Code<br>77573 | Work Phone Number<br>(409) 797-3204 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of the Court. The fee for admission to the General Bar is $100.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

| Title of Court | Date Admitted |
|---|---|
| State of Texas (all State courts of Texas) | May 8, 1987 |
| U.S. District Court, Eastern District of Texas | January 29, 1990 |
| U.S. District Court, Colorado | August 23, 1999 |
| U.S. District Court, Northern District of Texas | March 8, 2003 |
| U.S. District Court, Western District of Texas | June 3, 2003 |
| U.S. District Court, Southern District of Texas | March 16, 2005 |

O:\GA101\41163\Pleadings\Admitted Dates_Pro Hac Vice_Rushing.doc

## CERTIFICATE OF SERVICE

I hereby certify that on **June 27, 2008**, a copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court in the United States District Court for the Northern District of Illinois using the CM/ECF electronic filing system. Notice of this filing will be sent to the following CM/ECF registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Patrick J. Condron
    Susan E. Loggans & Associates, P.C.
    33 N. LaSalle Street, Suite 1710
    Chicago, Illinois 60602
    pcondron@logganslaw.com

    James L. Bizzieri
    Susan E. Loggans & Associates, P.C.
    33 N. LaSalle Street, Suite 1710
    Chicago, Illinois 60602
    jbizzieri@logganslaw.com

                        s/ Janet L. Rushing