UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Nancy Carson
                              Plaintiff,

v.                                            Case No.: 1:08−cv−02889
                                              Honorable Virginia M. Kendall

Garden State Life Insurance Company
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

     MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 8/26/2008 at 09:00 AM. All written discovery shall be exchanged by 8/26/2008. All fact discovery shall be completed by 11/10/2008. Dispositive motions with supporting memoranda due by 12/8/2008. Responses due by 1/8/2009. Replies due by 1/22/2009. Court will rule by mail.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.