# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 CV 2889
NANCY CARSON,
          Plaintiff,
v.
GARDEN STATE LIFE INSURANCE COMPANY,
          Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print) James L. Bizzieri | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Coplan & Crane, L.L.C. | |
| STREET ADDRESS 1101 Lake Street, Suite 200 | |
| CITY/STATE/ZIP Oak Park, IL 60301 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6284686 | TELEPHONE NUMBER 708-358-8080 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |