#200053 1/disc.pld/jlb/lbh

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY CARSON, | ) |
| | ) |
| Plaintiff, | ) |
| -v.- | ) Court No. 1:08-CV-02889 |
| | ) |
| GARDEN STATE LIFE INSURANCE COMPANY, | ) Judge Kendall |
| | ) |
| | ) Magistrate Judge Denlow |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S AFFIRMATIVE DEFENSES**

NOW COMES the plaintiff, NANCY CARSON, by and through her attorneys, COPLAN & CRANE, L.L.C. and for her Response to the Affirmative Defenses, states as follows:

1. Plaintiff denies the allegations contained in the First Affirmative Defense.

2. Plaintiff denies the allegations contained in the Second Affirmative Defense.

3. Plaintiff denies the allegations contained in the Third Affirmative Defense.

4. Plaintiff denies the allegations contained in the Fourth Affirmative Defense.

5. Plaintiff denies that Mr. Jenkins made any material misrepresentations that would void the Policy *ab initio* and responds to the sub-allegations of the Fifth Affirmative Defense as follows:

   1. Plaintiff has no basis to admit nor deny, but demands strict thereof.

   2. Admits that Exhibit A purports this to be true.

3. Admits that Exhibit A purports this to be true.

4. Admits that Exhibit A purports this to be true.

5. Admits that Exhibit A purports this to be true.

6. Plaintiff has no basis to admit nor deny, but demands strict thereof.

7. Admit.

8. Plaintiff has no basis to admit nor deny, but demands strict thereof.

9. Admit.

10. Deny.

11. Admit that Mr. Jenkins died on August 28, 2007, but deny remaining allegations.

12. Plaintiff has no basis to admit nor deny, but demands strict thereof.

13. Plaintiff has no basis to admit nor deny, but demands strict thereof.

14. Plaintiff has no basis to admit nor deny, but demands strict thereof.

15. Plaintiff has no basis to admit nor deny, but demands strict thereof.

16. Plaintiff has no basis to admit nor deny, but demands strict thereof.

17. Plaintiff has no basis to admit nor deny, but demands strict thereof.

18. Deny.

19. Deny.

20. Deny.

21. Plaintiff admits to receiving a letter from GSLIC setting forth specific reasons for the denial of liability, however, denies that GSLIC ever referred "material misrepresentations or concealments of material fact". Plaintiff also admits to receiving a draft for the refund of the premiums paid on the Policy.

22. Deny.

6. Plaintiff denies that Mr. Jenkins made any material misrepresentations that would void the Policy *ab initio* and responds to the sub-allegations of the Sixth Affirmative Defense as follows:

    1-22. Plaintiff repeats Paragraphs 1 through 22 of Plaintiff's Response to Defendant's Fifth Affirmative Defense as though fully set forth herein.

    23. Deny.

    24. Deny.

    25. Plaintiff admits to receiving a letter from GSLIC setting forth specific reasons for the denial of liability, however, denies that GSLIC ever referred to "material misrepresentations or concealments of material fact". Plaintiff also admits to receiving a draft for the refund of the premiums paid on the Policy.

    26. Deny.

7. Plaintiff denies that Mr. Jenkins made any material misrepresentations with intent to deceive GSLIC that would void the Policy *ab initio* and responds to the sub-allegations of the Seventh Affirmative Defense as follows:

    1-22. Plaintiff repeats Paragraphs 1 through 22 of Plaintiff's Response to Defendant's Fifth Affirmative Defense as though fully set forth herein.

    23. Deny.

    24. Plaintiff admits to receiving a letter from GSLIC setting forth specific reasons for the denial of liability, however, denies that GSLIC ever referred to "material misrepresentations or concealments of material fact". Plaintiff also admits to receiving a draft for the refund of the premiums paid on the Policy.

    25. Deny.

Respectfully Submitted,

COPLAN & CRANE, L.L.C.

By: _____
   James L. Bizzeri

COPLAN & CRANE, L.L.C.
Attorneys for Plaintiff
1101 Lake Street, Suite 200
Oak Park, Illinois, 60301
Tel: (708) 358-8080
Fax: (708) 358-8181
ARDC No.: 6284686