IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NANCY CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.     08 cv 2889 |
| GARDEN STATE LIFE INSURANCE | ) | |
| COMPANY, | ) | Judge Kendall |
| | ) | |
| Defendant. | ) | Magistrate Judge Denlow |

**MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF**

    Now comes the Law Offices of Susan E. Loggans & Associates and moves this Honorable Court for the entry of an order allowing the firm and its associate attorneys to withdraw its appearance filed on behalf of the plaintiff in this cause.  In support thereof, Susan E. Loggans & Associates states as follows:

    Plaintiff retained this firm to prosecute a cause of action against the defendant. Plaintiff has directed this firm to take no further action on her behalf and, therefore, this firm can no longer prosecute this matter.  Further Plaintiff has retained Coplan & Crane to represent her.

    Accordingly, this firm requests leave to withdraw its appearance in this cause, on the plaintiff's behalf.  Notice of this motion has been served on the plaintiff at her address as contained in her letter of termination by certified mail.

    WHEREFORE, Susan E. Loggans & Associates respectfully requests that this Honorable Court grant leave to withdraw its appearance filed by the firm and the associate attorneys.

                                                                    By: /s/Patrick J. Condron_____
                                                                         Attorneys for Plaintiff

SUSAN E. LOGGANS & ASSOCIATES, P.C.
33 North LaSalle Street
Suite 1710
Chicago, IL 60602
(312) 201-8600