# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

| | |
|---|---|
| NANCY CARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.   08 cv 2889 |
| GARDEN STATE LIFE INSURANCE ) | |
| COMPANY, ) | Judge Kendall |
| ) | |
| Defendant. ) | Magistrate Judge Denlow |

## NOTICE OF MOTION

TO:   All Counsel of Record: (See Attached Service List)

   PLEASE TAKE NOTICE that on   **September 4**  , 2008 at    **9:00  a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kendall or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in Room 2319, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Motion.

NAME:   SUSAN E. LOGGANS & ASSOCIATES, P.C.  -  Attorney for Plaintiff
ADDRESS:   33 North LaSalle Street, Suite 1710     CITY: Chicago, IL 60602
Telephone:   (312) 201-8600

## CERTIFICATE OF SERVICE

   I certify that on August 22, 2008, I electronically filed the attached Motion to Withdraw as Attorneys for Plaintiff with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

James Louis Bizzieri
Coplan & Crane, LLC
1101 Lake Street
Suite 200
Oak Park, IL 60301

William A. Chittenden, III
Jennifer Susan Stegmaier
Chittenden, Murday & Novotny, LLC
303 West Madison Street
Suite 1400
Chicago, IL 60606

Janet L. Rushing
Greer, Herz & Adams, LLP
2525 South Shore Boulevard
Suite 203
League City, TX 77573
Jenifer Susan Stegmaier

I certify that I notified Plaintiff,

Nancy Carson
12525 Quinn Drive
Alsip, IL 60803

By depositing same in the U.S. Mail at 33 North LaSalle Street, Suite 1710, Chicago, Illinois, 60602 at or before 5:00 p.m. on the 22 day of August, 2008.

                              SUSAN E. LOGGANS & ASSOCIATES
                              Attorneys for Plaintiffs


                              By:   /s/Patrick J. Condron


Patrick J. Condron, #3124156
SUSAN E. LOGGANS & ASSOCIATES, P.C.
33 North LaSalle Street, Suite 3500
Chicago, IL 60602
(312) 201-8600
(312) 201-1180 (fax)