# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2889 | **DATE** | 8/26/2008 |
| **CASE TITLE** | CARSON vs. GARDEN STATE LIFE INSURANCE COMPANY | | |

**DOCKET ENTRY TEXT**

MOTION by counsel for Plaintiff Nancy Carson to withdraw as attorney (Condron, Patrick) [26] is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TP |
|---|---|---|