**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number:    08 CV 02889

NANCY CARSON,

v.

GARDEN STATE LIFE INSURANCE COMPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

| |
|---|
| NAME (Type or print)<br>James L. Bizzieri |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/ James L. Bizzieri |
| FIRM   Coplan & Crane |
| STREET ADDRESS  1101 Lake Street, Suite 200 |
| CITY/STATE/ZIP  Oak Park, IL  60301 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6284686 | TELEPHONE  NUMBER  708-358-8080 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br> RETAINED COUNSEL                         APPOINTED COUNSEL |